**No. 11-315. Mahmood Yoonessi, Petitioner v. Randy Ratajczak, et al.**

565 U.S. 1174, 132 S. Ct. 1137, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 642.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1035, 132 S. Ct. 581, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8188.

**No. 11-362. Robert A. Lewicki, et al., Petitioners v. Washington County, Pennsylvania, et al.**

565 U.S. 1174, 132 S. Ct. 1137, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 659.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 485, 2011 U.S. LEXIS 8506.

**No. 11-5025. Joseph L. Arnold, III, Petitioner v. Sean P. Mallon, et al.**

565 U.S. 1174, 132 S. Ct. 1137, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 666.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 886, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5443.

**No. 11-5915. Willie Rabb, Petitioner v. Georgia Pacific, LLC, et al.**

565 U.S. 1174, 132 S. Ct. 1138, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 639.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 966, 132 S. Ct. 461, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7462.

**No. 11-5943. Lakesha Norington, Petitioner v. Keith Butts, Superintendent, Pendleton Correctional Facility.**

565 U.S. 1174, 132 S. Ct. 1138, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 589.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 981, 132 S. Ct. 501, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7750.

**No. 11-5979. Evivian Sanchez, Petitioner v. Suffolk County Probation Department.**

565 U.S. 1175, 132 S. Ct. 1138, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 662.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 967, 132 S. Ct. 462, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7546.

**No. 11-6104. Nikiforos Kalfountzos, Petitioner v. City of Sacramento, California, et al.**

565 U.S. 1175, 132 S. Ct. 1138, 181 L. Ed. 2d 1011, 2012 U.S. LEXIS 684.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 984, 132 S. Ct. 511, 181 L. Ed. 2d 360, 2011 U.S. LEXIS 7768.